mssb−defntc (Rev. 12/17)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

In re:  Case No.: 22−00731−JAW
Chapter: 7

Anshanti Dequatta Dixon
aka Anshanti Mitchell
1500 Chapel Ridge Way
Apt 1213
Brandon, MS 39042

Social Security / Individual Taxpayer ID No.:
  xxx−xx−0389
Employer Tax ID / Other nos.:

**DEFICIENCY NOTICE**
**(Notice of Missing Documents and**
**Notice of Dismissal if Documents Not Timely Filed)**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Ch 7 Income Form 122A−1 due 04/27/2022
Aty Disclosure Stmt. due 04/27/2022
Schedules A−J2 due 04/27/2022
Sum. of Assets and Liabilities due 04/27/2022
Stmt. of Fin. Affairs due 04/27/2022

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 4/14/22    Danny L. Miller, Clerk of Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225−2448

**Note:** Pursuant to Miss. Bankr. L. R. 1009−1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.