United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 22-00731-JAW
Anshanti Dequatta Dixon     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 3
Date Rcvd: Aug 03, 2022    Form ID: 318    Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anshanti Dequatta Dixon, 1500 Chapel Ridge Way, Apt 1213, Brandon, MS 39042-3552 |
| 5096240 | + | Advance America, Corp Serv Comp, 109 Executive Dr #3, Madison, MS 39110-8497 |
| 5096248 | + | Chapel Ridge Apt, 1500 CHapel Ridge Way, Brandon, MS 39042-3552 |
| 5096249 | + | Check into Cash, Corp Serv Comp, 109 Executive Dr #3, Madison, MS 39110-8497 |
| 5096254 | + | Cspire, 1018 Highland Colony, Parkway, Ridgeland, MS 39157-2067 |
| 5096264 | #+ | Mountain Solution, 313 1200 S, Orem, UT 84058-6972 |
| 5096267 | + | OneMain Financial, CT Corp Sys, 645 Lakeland E Dr 101, Flowood, MS 39232-9099 |
| 5096273 | + | University Med Center, P O Box 3349, Jackson, MS 39207-3349 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 03 2022 23:33:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5096241 | + | EDI: ATTWIREBK.COM | Aug 03 2022 23:33:00 | AT&T, P O Box 5014, Carol Stream, IL 60197-5014 |
| 5096242 | + | Email/Text: znotice@bankplus.net | Aug 03 2022 19:31:00 | BankPlus, Attn: Bankruptcy, 202 East Jackson Street, Belzoni, MS 39038-3524 |
| 5096243 | + | Email/Text: znotice@bankplus.net | Aug 03 2022 19:31:00 | BankPlus, 385a Highland Colony Parkway, Ridgeland, MS 39157-6040 |
| 5096244 | + | Email/Text: JGEORGE@BESTWAYRTO.COM | Aug 03 2022 19:32:00 | Bestway Rental Inc, 2703 Telecom Pkw, Ste 190, Richardson, TX 75082-3558 |
| 5096245 | + | EDI: CAPONEAUTO.COM | Aug 03 2022 23:33:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5096246 | | EDI: CAPONEAUTO.COM | Aug 03 2022 23:33:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 5096247 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 03 2022 19:31:00 | Cash Net USA, 175 West Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5096251 | ^ | MEBN | Aug 03 2022 19:26:44 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 5096250 | ^ | MEBN | Aug 03 2022 19:26:43 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5096252 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2022 19:36:03 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: 318 | Total Noticed: 36 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5096253 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2022 19:36:00 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5096255 | ^ | MEBN | Aug 03 2022 19:26:26 | Equifax, Attn: Bankruptcy Dept, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 5096256 | ^ | MEBN | Aug 03 2022 19:26:35 | Experian, Attn: Bankruptcy Dept, P.O. Box 2002, Allen, TX 75013-2002 |
| 5096262 | | Email/Text: BNSFS@capitalsvcs.com | Aug 03 2022 19:31:00 | First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 5096261 | | Email/Text: BNSFS@capitalsvcs.com | Aug 03 2022 19:31:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 5096257 | + | EDI: BLUESTEM | Aug 03 2022 23:33:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5096258 | + | EDI: BLUESTEM | Aug 03 2022 23:33:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5096260 | + | EDI: AMINFOFP.COM | Aug 03 2022 23:33:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5096259 | + | EDI: AMINFOFP.COM | Aug 03 2022 23:33:00 | First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5096263 | | Email/Text: EBN@Mohela.com | Aug 03 2022 19:31:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5096265 | + | EDI: AGFINANCE.COM | Aug 03 2022 23:33:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5096266 | + | EDI: AGFINANCE.COM | Aug 03 2022 23:33:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5096270 | | Email/Text: bankruptcy@self.inc | Aug 03 2022 19:31:00 | Selfinc/lead, 901 E. 6th Street, Austin, TX 78702 |
| 5096268 | | Email/Text: bankruptcy@self.inc | Aug 03 2022 19:31:00 | Selfinc/lead, Attn: Bankruptcy, 515 Congress Ave #2200, Austin, TX 78701 |
| 5096271 | ^ | MEBN | Aug 03 2022 19:26:33 | Transunion, Attn: Bankruptcy Dept, P.O. Box 1000, Crum Lynne, PA 19022 |
| 5096272 | + | Email/Text: bankruptcynotices@trustmark.com | Aug 03 2022 19:31:00 | Trustmark Natl Bnk, Attn: Bankruptcy, Po Box 291, Jackson, MS 39205-0291 |
| 5096274 | | Email/Text: exceptionreview@vivint.com | Aug 03 2022 19:31:00 | Vivint Home SEcurity, 62992 Collections Dr, Chicago, IL 60693 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5096269 | *P++ | SELF INC, 515 N CONGRESS AVE, 2200, AUSTIN TX 78701-3560, address filed with court:, Selfinc/lead, Attn: Bankruptcy, 515 Congress Avenue #2200, Austin, TX 78701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Aug 03, 2022 | Form ID: 318 | Total Noticed: 36 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kimberly S Sweeney | on behalf of Debtor Anshanti Dequatta Dixon ksweeneylawoffice@gmail.com r56743@notify.bestcase.com,debtfree@sweeneylawoffice.net |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Anshanti Dequatta Dixon** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0389** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **22–00731–JAW** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Anshanti Dequatta Dixon**
aka Anshanti Mitchell

Dated: 8/3/22

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318            **Order of Discharge**            page 2